UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br>DARRIN WILDER,<br><br>                     Defendant. | Case No. 2:16-cr-00062-LRH-GWF<br><br>**ORDER** |

      This matter is before the Court on the Defendant's Motion to Extend Pretrial Motion Deadline (ECF No. 181), filed January 7, 2019. The Government filed its notice of Non-Opposition (ECF No. 186) on January 15, 2019. Upon review and consideration, the Court finds good cause exists to grant the Defendant's request. The pretrial motion deadline shall be extended to February 7, 2019. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Extend Pretrial Motion Deadlines (ECF No. 181) is **granted**.

      Dated this 16th day of January, 2019.

*/s/ George Foley Jr.*
_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE