UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>DARRIN WILDER, and ELIZABETH PEREZ<br><br>Defendants. | Case No. 2:16-cr-00062-LRH-GWF<br><br>**ORDER** |

This matter is before the Court on the Government's Second Motion to Extend Deadline to Respond to Defendants' Motions (ECF Nos. 180 and 182) (ECF No. 191), filed January 31, 2019. Upon review and consideration, the Court finds good cause exists to grant the Government's request. The response deadlines shall be extended to February 8, 2019. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Second Motion to Extend Deadline to Respond to Defendants' Motions (ECF Nos. 180 and 182) (ECF No. 191) is **granted**.

**IT IS FURTHER ORDERED** that the hearing set for Defendant Perez's Motion to Sever Trial (ECF No. 182) currently scheduled for February 8, 2019 is vacated and reset to **Wednesday, February 20, 2019** at **1:30 PM** in LV Courtroom 3B.

Dated this 1st day of February, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1