UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRIN WILDER,<br><br>Defendant. | Case No. 2:16-cr-00062-LRH-EJY<br><br>ORDER |

Court Reporter JoAnn Corson is requested to prepare and file, on an expedited basis, transcripts of the following:

Defendant's Change of Plea Hearing on January 21, 2020.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 22nd day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE