UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRIN WILDER,<br><br>Defendant. | Case No. 2:16-cr-00062-LRH-EJY<br><br>ORDER |

As a result of hearings before and communications to the court, it appears that there are continuing difficulties arising within the attorney/client relationship between defendant Darrin Wilder and his court-appointed counsel, Bret O. Whipple, and that it is in the best interests of justice that a second counsel be appointed to represent defendant Wilder as co-counsel, and that a status report, confidential if deemed warranted by counsel, be filed with the court.

The court cautions counsel to move as expeditiously as reasonably possible with regard to this matter as "group" plea agreements and sentencings of Wilder and co-defendants are pending.

GOOD CAUSE APPEARING, the court hereby orders that co-counsel be forthwith appointed to represent defendant Wilder in this matter, and the sentencing hearing scheduled for September 8, 2020, be and hereby is VACATED and rescheduled to October 7, 2020, in a Las Vegas courtroom to be determined before Judge Larry R. Hicks.

///

1  The court requests counsel to move forward with regard to a status report as
2  quickly as reasonably possible. The status report shall be filed no later than
3  September 25, 2020.
4
5  IT IS SO ORDERED.
6  DATED this 25th day of August, 2020.
7
   _____
   LARRY R. HICKS
8  UNITED STATES DISTRICT JUDGE