UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DARRIN WILDER,<br><br>　　　　Defendant. | Case No.: 2:16-cr-00062-LRH-EJY<br><br>**ORDER** |

This matter coming on the parties' Stipulation to Continue Rule 32 Sentencing Hearing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1.　The parties agree to the continuance requested in the Stipulation;

2.　Defendant Wilder is in custody and does not object to the continuance;

3.　The Court finds good cause to continue the Rule 32 Sentencing Hearing based on this Court's appointment of new co-counsel for Defendant Wilder on September 3, 2020, and for the additional reasons set forth in the parties' stipulation.  ECF No. 350.

　Accordingly, pursuant to the Stipulation, this Court will continue and set the date for the Rule 32 Sentencing Hearing for no less than 45 days from October 7, 2020.

**IT IS THEREFORE ORDERED**:

1.　The Rule 32 Sentencing Hearing set for October 7, 2020, is **VACATED** and **CONTINUED**;

2.　The Rule 32 Sentencing Hearing in this matter will commence on Tuesday, December 29, 2020, at 12:00 p.m. in a Las Vegas courtroom to be announced at a later date.

**IT IS SO ORDERED.**

DATE: October 5, 2020

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

4